**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| **STEFAN HARTFORD**, Individually and<br>on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) |
| | ) |
| **NTN DRIVESHAFT, INC.**, | )<br>) |
| Defendant. | )<br>) |

1:14-cv-0001-SEB-MJD

## ORDER

The Court, having reviewed and considered the parties' Joint Motion for Final Certification of Conditionally Certified Collective Action [Dkt. 71], and Joint Motion for Approval of Settlement Agreement [Dkt. 72], hereby GRANTS same.

SO ORDERED this 6th day of April 2016.

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

DISTRIBUTION:

Jason Brown, Esq.
Nicholas Conlon, Esq.
JTB LAW GROUP, LLC
155 2nd Street, Suite 4
Jersey City, NJ 07302

Kathleen M. Anderson, Esq.
BARNES & THORNBURG LLP
110 E. Wayne Street, Suite 600
Fort Wayne, IN  46802

David J. Pryzbylski, Esq.
Terry W. Dawson, Esq.
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN  46204-3535