IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STEFAN HARTFORD, Individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| NTN DRIVESHAFT, INC., | ) ) |
| Defendant. | ) |

CIVIL NO.:  1:14-cv-0001-SEB-TAB

## STIPULATION OF DISMISSAL OF COMPLAINT WITH PREJUDICE

The undersigned, being all parties who have appeared in the above-captioned action, hereby stipulate to the dismissal of this action with prejudice.

Respectfully submitted,

*/s/Nicholas Conlon*
(*by David J. Pryzbylski*
Pursuant to L.R. 5-7(e), Mr. Conlon
Consented to his signature via email)
Jason Brown
Nicholas Conlon
JTB Law Group, LLC
155 2nd Street, Suite 4
Jersey City, NJ 07302
Tel: (201) 630-0000
Fax: (855)-582-5297

*Attorneys for Plaintiffs*

Respectfully submitted,

*/s/David J. Pryzbylski*
David J. Pryzbylski
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN  46204-3535
Tel:  (317) 236-1313
Fax: (317) 231-7433
Emails:   david.pryzbylski@btlaw.com
              terry.dawson@btlaw.com

Kathleen M. Anderson
BARNES & THORNBURG LLP
110 E. Wayne Street, Suite 600
Fort Wayne, IN 46802
Tel: (260) 425-4657
Fax: (260) 424-8316
Email:  Kathleen.anderson@btlaw.com

*Attorneys for Defendants*