IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STEFAN HARTFORD, Individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) 1:14-cv-0001-SEB-MJD<br>)<br>) |
| NTN DRIVESHAFT, INC., | )<br>) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Joint Stipulation of Dismissal of Complaint with Prejudice. Being duly advised, the Court now ORDERS that Plaintiffs' Complaint and this action, be and hereby are, DISMISSED with prejudice.

SO ORDERED.

Date: 4/29/2016

_Sarah Evans Barker_

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All counsel of record via CM-ECF